# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

Clifford W. Taylor,
Chief Justice

132383

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

NATHAN R. OPHOFF,
      Plaintiff-Appellant,

v

                                           SC: 132383
                                           COA: 267921
                                           Macomb CC: 04-001225-NP

HOME DEPOT, assumed name for HOME
DEPOT USA, INC., and JAMES HARDIE
BUILDING PRODUCTS, INC.,
      Defendants,
      Third-Party Plaintiffs-Appellees,
and

RIVERSIDE EXTERIORS, L.L.C.,
      Third-Party Defendant.

_____/

      On order of the Court, the application for leave to appeal the September 26, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



t0122

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk